■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH C. McDONALD, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered December 17, 1982, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues that could be raised upon appeal. Counsel is granted leave to withdraw as counsel (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Titone, J. P., Thompson, O'Connor and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS C. OLES, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Dutchess County (Ingrassia, J.), imposed September 10, 1984.

Sentence affirmed. No opinion.

This case is remitted to the Supreme Court, Dutchess County, for further proceedings pursuant to CPL 460.50 (5). Mollen, P. J., Lazer, Niehoff and Lawrence, JJ., concur.